# MURPHY & GRANTLAND, P.A.

| | | |
|---|---|---|
| J. R. MURPHY<br>JOHN M. GRANTLAND<br>RONALD B. DIEGEL<br>BRENT M. BOYD<br>E. RAYMOND MOORE, III<br>ANTHONY W. LIVOTI<br>GLENN E. BOWENS<br>ADAM J. NEIL<br>PHILLIP T. KORMAN<br><br>Of Counsel<br>JON E. OZMINT | ATTORNEYS AT LAW<br><br>———————<br><br>2110 BELTLINE BOULEVARD (29204)<br>POST OFFICE BOX 6648<br>COLUMBIA, SOUTH CAROLINA 29260<br><br>E-mail: bboyd@murphygrantland.com | TELEPHONE<br>(803) 782-4100<br>FACSIMILE<br>(803) 782-4140<br><br>**FILED**<br>JAN 2 1 2003<br><br>LARRY W. PROPES, CLERK<br>COLUMBIA, SC |

January 16, 2003

Larry W. Propes
Clerk of Court
U. S. District Court
1845 Assembly Street
Columbia, SC 29201-2431

      Re:    Case numbers 3:02-cv-03096 & 3:02-cv-03097

Dear Mr. Propes:

      I am in receipt of a copy of the Conference and Scheduling Order in the above-referenced cases. Please allow this letter to serve as formal notice that I am no longer involved in this case, but my former employer, Parker, Poe, Adams & Bernstein, LLP, is still handling the case and I will gladly forward the Order to them. I would greatly appreciate if you could note this change in your records for future reference.

      If you have any questions or concerns, please feel free to contact me. With kind regards, I remain

                                    Very truly yours,

                                    Brent M. Boyd

BMB/mam
Enclosure
Cc:    Parker, Poe, Adams & Bernstein, LLP, Columbia Office